# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                      Case Number: 08 C 1048

AARON PATTERSON, BARRY & LOEWY LLP, and AVILA & TOMIC LLC, Plaintiffs, v. THE PEOPLE'S LAW OFFICE, G. FLINT TAYLOR, JOEY L. MOGUL, MICHAEL E. DEUTSCH, STANDISH E. WILLIS, and J. SAMUEL TENENBAUM, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

People's Law Office, G. Flint Taylor, Joey L. Mogul, Michael E. Deutsch and Standish E. Willis

| | |
|---|---|
| NAME (Type or print) <br> John L. Stainthorp | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ John L. Stainthorp | |
| FIRM <br> People's Law Office | |
| STREET ADDRESS <br> 1180 N. Milwaukee | |
| CITY/STATE/ZIP <br> Chicago IL 60622 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 312 8243 | TELEPHONE NUMBER <br> 773 235 0070 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |