UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AARON PATTERSON, BARRY & LOEWY LLP, and AVILA & TOMIC LLC, ) ) ) | |
| Plaintiffs, ) ) ) | No.   08 C 1048 |
| vs. ) ) ) | Judge Darrah |
| THE PEOPLE'S LAW OFFICE, G. FLINT TAYLOR, JOEY L. MOGUL, MICHAEL E. DEUTSCH, STANDISH E. WILLIS, and J. SAMUEL TENENBAUM, ) ) ) ) ) ) | |
| Defendants. ) | |

**NOTICE OF FILING OF MOTION IN CASE 03 C 4433**

People's Law Office, G. Flint Taylor, Joey L. Mogul, Michael E. Deutsch and Standish E. Willis, by their attorney John L. Stainthorp, hereby give notice that pursuant to Local Rule 40.4 they have filed in case number 03 C 4433, *Patterson v. Burge*, currently pending before Judge Gottschall, a motion to reassign this case, number 08 C 1048, to Judge Gottschall. A copy of that motion is attached hereto as Exhibit A.

Dated: February 21, 2008                                Respectfully Submitted,

/s/ John L. Stainthorp
John L. Stainthorp, G. Flint Taylor
Joey Mogul, Michael E. Deutsch
People's Law Office
1180 N. Milwaukee
Chicago, IL 60622
773 235 0070

Standish Willis
407 S Dearborn Street, Suite 1395
Chicago, IL 60605-1158
312 554 0005