**FILED**
**FEBRUARY 20, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 1048**

| | |
|---|---|
| AARON PATTERSON, BARRY & LOEWY LLP, and AVILA & TOMIC LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) No.<br>) |
| | ) Judge |
| THE PEOPLE'S LAW OFFICE, G. FLINT TAYLOR, JOEY L. MOGUL, MICHAEL E. DEUTSCH, STANDISH E. WILLIS, and J. SAMUEL TENENBAUM, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**JUDGE DARRAH**
**MAGISTRATE JUDGE VALDEZ**

NOTICE OF REMOVAL

To:　Barry & Loewy LLP　　　Avila & Tomic LLC　　　Aaron Patterson #21664-424
　　　The Frost Tower　　　　Suite 2000　　　　　　U.S. Penitentiary Big Sandy
　　　Suite 1540　　　　　　　227 W. Monroe St.　　　P.O. Box 2068
　　　401 Congress Avenue　　Chicago, IL 60606-5053　Inez, Ky 41224
　　　Austin, Texas 78701

　　　Please take notice, that pursuant to 28 U.S.C. § 1446 defendants People's Law Office, G. Flint Taylor, Joey L. Mogul, Michael E. Deutsch, Standish E. Willis, and J. Samuel Tenenbaum, today removed this action to the United States District Court for the Northern District of Illinois, Eastern Division, for the reasons set forth below:

　　　1. Plaintiff's action, originally brought in the Circuit Court of Cook County, County Department, Law Division, was filed on January 7, 2008.

　　　2. The Complaint was served upon J. Samuel Tenenbaum on January 28, 2008, on Standish Willis on or about January 31, 2008, and on People's Law Office on February 5, 2008.

1

The remaining defendants have not been served.

3. The Summons and Complaint, copies of which are attached hereto as Exhibit A, constitute all process, pleadings and orders that have been served upon the defendants in this action.

4. In the complaint plaintiffs claim that defendants have committed several acts of misconduct with respect to the request for attorneys' fees of People's Law Office and Standish Willis in connection with their representation of Aaron Patterson in a case currently pending before the United States District Court for the Northern District of Illinois, Eastern Division, entitled *Patterson v. Burge*, 03-4433 ("*Patterson v. Burge*").

5. In particular, the Complaint alleges five counts: (1) a request for Declaratory Judgment by all plaintiffs against all defendants (Count I); (2) Breach of Contract between plaintiff Aaron Patterson and defendants People's Law Office, G. Flint Taylor, Joey L. Mogul, Michael E. Deutsch and Standish E. Willis (Count II); (3) Civil Extortion, allegedly committed against all plaintiffs by all defendants (Count III); Conspiracy to Commit Civil Extortion, allegedly committed against all plaintiffs by all defendants (Count IV); and intentional infliction of emotional distress, allegedly committed against Aaron Patterson by all defendants. (Count V).

6. The gravamen of the complaint is that a justiciable controversy exists regarding the rights and status of the parties, and the Court should declare the asserted attorneys' lien of People's Law Office and Willis invalid and hold that People's Law Office and Willis are not entitled to settlement proceeds in *Patterson v. Burge*. (Complaint 26-31); People's Law Office breached its contract with Patterson when it withdrew from representing him in *Patterson v. Burge* (Complaint 32-36); People's Law Office, together with J. Samuel Tenenbaum, somehow

2

committed extortion and conspiracy to commit extortion when People's Law Office filed an attorneys' lien in *Patterson v. Burge*, and People's Law Office and J. Samuel Tenenbaum attempted to enforce and resolve the lien (Complaint 38-42, and 44-50); and the filing of the attorneys' lien, and the efforts to enforce and resolve the lien through litigation and settlement negotiations were so extreme and outrageous that they somehow caused Patterson great emotional distress. (Complaint 52-56).

7. *Patterson v. Burge*, currently pending before the United States District Court for the Northern District of Illinois, raises substantially identical allegations to the allegations against the defendants in this lawsuit. Specifically, defendants People's Law Office, G. Flint Taylor, Joey L. Mogul, Michael E. Deutsch and Standish E. Willis have filed a Motion to enforce the very lien which is the subject of this lawsuit, and have requested the very relief - payment of a large sum of money - which is alleged in this lawsuit to constitute extortion and intentional infliction of emotional distress. Further, in *Patterson v. Burge*, the plaintiffs in this action have asked the Court to find that defendants People's Law Office, G. Flint Taylor, Joey L. Mogul and Michael E. Deutsch and Standish E. Willis should receive nothing as a result of this lien because they breached their contract with Mr. Patterson, and that People's Law Office and J. Samuel Tenenbaum committed misconduct by attempting to enforce the lien, and People's Law Office and Willis thereby forfeited any right to attorneys' fees or costs. *See* DE 820, 828, 839, 856.

8. Pursuant to 28 U.S.C. § 1331, the United States District Court has original jurisdiction over the case of *Patterson v. Burge* since it arises under the Constitution of the United States. The Court is currently exercising that jurisdiction to determine the pending issue of the entitlement of People's Law Office, G. Flint Taylor, Joey L. Mogul, Michael E. Deutsch and

3

Standish E. Willis to attorneys' fees and costs. In addition, the court has supplemental jurisdiction over the attorneys' fees and costs issue, pursuant to 28 U.S.C. § 1367, since the attorneys' fees and costs dispute is part of the same case or controversy as the underlying litigation. *See Baer v. First Options of Chicago*, 72 F.3d 1294, 1301 (7th Cir. 1995).

9. This action is thus removable pursuant to 28 U.S.C. § 1441 (a) and (c).

Wherefore, plaintiffs People's Law Office, G. Flint Taylor, Joey L. Mogul, Michael E. Deutsch, Standish E. Willis, and J. Samuel Tenenbaum hereby remove this case to the United States District Court for the Northern District of Illinois, Eastern Division.

_____  _____  _____
People's Law Office                G. Flint Taylor                    Joey L. Mogul
By John L. Stainthorp

_____  _____  _____
Michael E. Deutsch,                Standish E. Willis                 J. Samuel Tenenbaum

Respectfully Submitted


/s/ John L. Stainthorp                          /s/Daniel G. Rosenberg
John L. Stainthorp                              Daniel G. Rosenberg, Peter Rush
People's Law Office                             Bell, Boyd & Lloyd LLP
1180 N. Milwaukee Ave.                          70 W. Madison St., Ste. 3100
Chicago, IL 60622                               Chicago, IL 60602-4207
773 235 0070                                    312-807-4415

For defendants People's Law Office,             For defendant J. Samuel Tenenbaum
G. Flint Taylor, Joey L. Mogul,
Michael E. Deutsch and Standish E. Willis

Standish E. Willis to attorneys' fees and costs. In addition, the court has supplemental jurisdiction over the attorneys' fees and costs issue, pursuant to 28 U.S.C. § 1367, since the attorneys' fees and costs dispute is part of the same case or controversy as the underlying litigation. *See Baer v. First Options of Chicago*, 72 F.3d 1294, 1301 (7th Cir. 1995).

9. This action is thus removable pursuant to 28 U.S.C. § 1441 (a) and (c).

Wherefore, plaintiffs People's Law Office, G. Flint Taylor, Joey L. Mogul, Michael E. Deutsch, Standish E. Willis, and J. Samuel Tenenbaum hereby remove this case to the United States District Court for the Northern District of Illinois, Eastern Division.

____________________
People's Law Office
By John L. Stainthorp

____________________
G. Flint Taylor

____________________
Joey L. Mogul

____________________
Michael E. Deutsch,

Standish E. Willis
Standish E. Willis

____________________
J. Samuel Tenenbaum

Respectfully Submitted

/s/ John L. Stainthorp
John L. Stainthorp
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60622
773 235 0070

For defendants People's Law Office,
G. Flint Taylor, Joey L. Mogul,
Michael E. Deutsch and Standish E. Willis

/s/Daniel G. Rosenberg
Daniel G. Rosenberg, Peter Rush
Bell, Boyd & Lloyd LLP
70 W. Madison St., Ste. 3100
Chicago, IL 60602-4207
312-807-4415

For defendant J. Samuel Tenenbaum