UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AARON PATTERSON, BARRY & LOEWY LLP, and AVILA & TOMIC LLC, ) ) ) | |
| Plaintiffs, ) ) | No.   08 C 1048 |
| vs. ) ) | Judge Darrah |
| THE PEOPLE'S LAW OFFICE, G. FLINT TAYLOR, JOEY L. MOGUL, MICHAEL E. DEUTSCH, STANDISH E. WILLIS, and J. SAMUEL TENENBAUM, ) ) ) ) ) | |
| Defendants. ) | |

**NOTICE OF FILING OF MOTION IN CASE 03 C 4433**

To: Counsel of Record

Please take notice that on February 21, 2008 I filed with the United States District Court for the Northern District of Illinois the Notice of defendants People's Law Office, G. Flint Taylor, Joey L. Mogul, Michael E. Deutsch and Standish E. Willis, that they had filed in case number 03 C 4433, *Patterson v. Burge*, currently pending before Judge Gottschall, a motion to reassign this case, number 08 C 1048, to Judge Gottschall, a copy of which is hereby served upon you via the court's electronic filing system.

Dated: February 21, 2008

Respectfully Submitted,
/s/ John L. Stainthorp
John L. Stainthorp, G. Flint Taylor
Joey Mogul, Michael E. Deutsch
People's Law Office
1180 N. Milwaukee
Chicago, IL 60622
773 235 0070

Standish Willis
407 S Dearborn Street, Suite 1395
Chicago, IL 60605-1158
312 554 0005