UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AARON PATTERSON, BARRY & LOEWY LLP, and AVILA & TOMIC LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE PEOPLE'S LAW OFFICE, G. FLINT TAYLOR, JOEY L. MOGUL, MICHAEL E. DEUTSCH, STANDISH E. WILLIS, and J. SAMUEL TENENBAUM <br><br> Defendants. | No. 08 C 1048 <br><br> Honorable John D. Darrah <br><br> Hearing Date:  February 28, 2008 <br> Hearing Time: 9:00 a.m. <br> Room No.:      1203 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on February 28, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John D. Darrah in his usual Courtroom, No. 1203 in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illionois, or whomever may be sitting in his place and stead, and then and there present Defendant Samuel Tenenbaum's Motion For an Extension of Time to Answer or Otherwise Plead, a copy of which is attached hereto and hereby served upon you.

Dated: February 21, 2008

                                                 J. Samuel Tenenbaum

                                            By   /s/ Daniel G. Rosenberg
                                                     One of his Attorneys

Peter G. Rush
Daniel G. Rosenberg
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, IL  60602
(312) 372-1121

449097/E/1

## Certificate of Service

I, Daniel G. Rosenberg, an attorney, hereby certify, that I served the attached documents, Defendant Samuel Tenenbaum's Motion For an Extension of Time to Answer or Otherwise Plead and accompanying Notice of Motion, via the Court's Electronic Notice System and/or via U.S. Mail, postage prepaid, on February 21, 2008 to the following persons:

Adam Loewy
Barry & Loewy LLP
The Frost Tower
401 Congress Avenue, Suite 1540
Austin, Texas  78701

Frank Avila
Avila & Tomic LLC
227 W. Monroe, Suite 2000
Chicago, Illinois  60606-5053

Aaron Patterson #21664-424
U.S. Penitentiary Big Sandy
P.O. Box 2068
Inex, Kentucky  41224

John L. Stainthorp
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Illinois  60622
773-235-0070
Attorney for  People's Law Office
G. Flint Taylor, Joey L. Mogul,
Michael E. Deutsch and Standish E. Willis

/s/ Daniel G. Rosenberg

449097/E/1