# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Aaron Patterson, et al.
                              Plaintiff,

v.                                                Case No.: 1:08−cv−01048
                                                  Honorable John W. Darrah

The People's Law Office, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, February 28, 2008:

    MINUTE entry before Judge John W. Darrah :Defendant's motion for extension of time to answer [10] is granted toand including 3/31/08. Status hearing set for 4/8/08 at 9:00 a.m. Mailed notice(maf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.