UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| AARON PATTERSON, BARRY & LOEWY LLP, and ÁVILA & TOMIC LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE PEOPLE'S LAW OFFICE, G. FLINT TAYLOR, JOEY L. MOGUL, MICHAEL E. DEUTSCH, STANDISH E. WILLIS, and J. SAMUEL TENENBAUM,<br><br>　　　　Defendants. | No.　　08-CV-1048<br><br>Judge:　The Honourable John D. Darrah<br>Room:　1203 |

## APPEARANCE

NOW COME attorneys Ávila & Tomic, LLC, and hereby enter an appearance on behalf of Plaintiffs, in the above-captioned case. This firm previously filed an appearance in this case (as 2008-L-000121) in the Circuit Court of Cook County, Illinois, prior to removal.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　AARON PATTERSON, BARRY & LOEWY LLP, AND
　　　　　　　　　　　　　　　　　　　　ÁVILA & TOMIC LLC, Plaintiffs

　　　　　　　　　　　　　　　　　　　　by: /s/ FRANK B. ÁVILA

　　　　　　　　　　　　　　　　　　　　*and*

　　　　　　　　　　　　　　　　　　　　by: /s/ DAVID A. MILEY

ÁVILA & TOMIC LLC
Attorneys for Plaintiffs
227 West Monroe Street, Suite 2000
Chicago, Illinois 60606-5040
312-762-5928 telephone
312-762-5929 telefacsimile