IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AARON PATTERSON,<br>AVILA & TOMIC LLC, and<br>BARRY & LOEWY LLP<br><br>  Plaintiffs,<br><br>vs.<br><br>G. FLINT TAYLOR,<br>JOEY L. MOGUL,<br>MICHAEL DEUTSCH,<br>STANDISH WILLIS,<br>THE PEOPLE'S LAW OFFICE, and<br>J. SAMUEL TENENBAUM,<br><br>  Defendants. | No. 08 C 1048<br><br>Honorable John D. Darrah |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORBALE JUDGE OF SAID COURT:

Comes now, Plaintiffs, Aaron Patterson, Avila & Tomic LLC and Barry & Loewy LLP ("Plaintiffs") and pursuant to FRCP 41(a)(1)(i) respectfully requests that the Court Dismiss all of Plaintiffs' claims against all Defendants, and Plaintiffs would respectfully show the Court as follows:

1.   Plaintiffs filed the instant suit against G. Flint Taylor, Joey L. Mogul, Michael Deutsch, Standish Willis, The People's Law Office and J. Samuel Tenenbaum ("Defendants") in the Circuit Court of Cook County, Illinois on January 7, 2008. All Defendants have been served with this suit.

2.   On February 20, 2008, Defendants removed the instant case to this Court. As of this date, Defendants have not filed an answer or motion for summary judgment.

3. Pursuant to FRCP 41(a)(1)(i), Plaintiffs hereby file their notice of voluntary dismissal dismissing all of Plaintiffs' claims against all Defendants without prejudice to refiling.

Respectfully Submitted,

AVILA & TOMIC LLC

*Frank B. Avila*
_____
Frank Avila
Lead Attorney for Plaintiffs

Frank Avila
AVILA & TOMIC LLC
227 West Monrore Street, Suite 2000
Chicago, Illinois 60606-5053
(312) 762-5928 – *Phone*

Carl R. Barry
Adam J. Loewy
BARRY & LOEWY LLP
The Frost Tower
401 Congress Avenue, Suite 1540
Austin, Texas 78701
(800) 892-5044 – *Phone*

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned, being an attorney of record, certifies that that on March 6, 2008, the foregoing was properly served on all counsel of record via the Northern District of Illinois, Eastern Division, ECF Filing System.

*Frank B. Avila*

---
Frank Avila
Lead Attorney for Plaintiffs